**ALICE CAMPOS MERCADO, ESQ.**
Nevada Bar No. 4555
**LEMONS, GRUNDY & EISENBERG**
601 Sierra Rose Drive, Suite 202
Reno, Nevada 89511
(775) 786-6868; (775) 786-9716 (fax)
acm@lge.net

*Attorneys for Defendant*
*Humboldt County Hospital District dba*
*Humboldt General Hospital*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAWN SWANSON,<br><br>Plaintiff,<br><br>vs.<br><br>HUMBOLDT GENERAL HOSPITAL DISTRICT; a political subdivision of the State of Nevada, D/B/A HUMBOLDT GENERAL HOSPITAL,<br><br>Defendant. | **CASE NO. 3:26-CV-00452-ART-CSD**<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS; ORDER THEREON**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1, Plaintiff DAWN SWANSON and Defendant HUMBOLDT COUNTY HOSPITAL DISTRICT DBA HUMBOLDT GENERAL HOSPITAL (collectively, the "Parties"), through their respective undersigned counsel, hereby stipulate and respectfully request that the Court grant the Parties' stipulation to extend the deadline for Defendant to file its reply in support of Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction [ECF No. 7] for one week. Defendant's reply is currently due on October 8, 2026; Defendant requests an extension to October 15, 2026. This is the first request to extend the reply deadline.

Good cause exists to grant the additional time for Defendant to file its reply points and authorities. Defendant filed its Motion to Dismiss for Lack of Subject Matter Jurisdiction on September 30, 2026. *ECF No. 7.* Plaintiff filed her Opposition to Defendant's Motion to Dismiss the next day, on October 1, 2026. *ECF No. 10.* While Defendant does not fault Plaintiff for doing

so, the opposition was filed the day before defense counsel is scheduled to be out of the office for several days to travel to California for a family matter. Her absence, along with other time-sensitive commitments preclude counsel from completing and filing Defendant's reply by the current deadline of October 8, 2026.

Accordingly, the Parties stipulate and request the Court to grant a one-week extension, to October 15, 2026, for Defendant to file its reply to Plaintiff's Opposition to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction. This stipulation is submitted in good faith and for good cause, and is not made for the purpose of delay or any other improper purpose.

**IT IS SO STIPULATED.**

DATED this __ day of October, 2026

**KEMP & KEMP**

By: /s/
James P. Kemp, Esq. (SBN 6375)

*Attorneys for Plaintiff*

DATED this __ day of October, 2026

**LEMONS, GRUNDY & EISENBERG**

By: */s/ Alice Campos Mercado*
Alice Campos Mercado, Esq.

*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

DATED this 2nd day of October, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
601 SIERRA ROSE DRIVE
SUITE 202
RENO, NV 89511
(775) 786-6868